# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| STEVEN CURTICIAN, PRO SE, ET AL. SIMILARLY SITUATED PRISONERS, | : | No. 24 WAP 2016 |
| | : | |
| | : | Appeal from the Order of the |
| Appellants | : | Commonwealth Court dated June 14, |
| | : | 2016 at No. 43 M.D. 2016. |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| J. WETZEL, CAM II SAGE, U/M REESE, | : | |
| SUPER. CAMERON, ET AL., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

   **AND NOW,** this 22nd day of February, 2017, the Order of the Commonwealth Court is **AFFIRMED**.